■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY S. FRANCOSKY, Appellant.—Judgment of the County Court, Nassau County, rendered April 8, 1975, affirmed. No opinion. The case is remitted to the

County Court, Nassau County, for proceedings to direct appellant to surrender himself to said court in order that execution of judgment be commenced or resumed (CPL 460.50, subd 5). Latham, Acting P. J., Margett, Damiani, Christ and Hawkins, JJ., concur.